# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN ALVARADO,<br>*Plaintiff*<br><br>-vs-<br><br>PENNYMAC LOAN SERVICES, LLC<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00150-XR |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Juan Alvarado shall take nothing by his claims against Defendant PennyMac Loan Services, LLC, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 18th day of April, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE